# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,965,095
Registered Apr. 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER



GONZALES, DAVID (UNITED STATES CITI-ZEN), DBA GONZALES GRAPHICS
748 RACHITUS ROAD
TAOS, NM 87571

FOR: CLOTHING, NAMELY T-SHIRTS AND HATS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993.
THE STIPPLING SHOWN IN THE MARK IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 74-568,857, FILED 8-23-1994.

JEFFREY LOOK, EXAMINING ATTORNEY

⑦ TSDR FAQ'S

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

## 🔍 Trademark Status & Document Retrieval (TSDR) ⑦

| SEARCH | MULTI-SEARCH | ⑦ |

US Serial, Registration, or Reference No. ▾   1965095   **Status**   **Documents**

Status results found

| STATUS | DOCUMENTS | MAINTENANCE | ⑦ | ⬇ Download ▲ | 🖶 Print Preview |

**Generated on:** This page was generated by TSDR on 2025-01-13 18:19:45 EST

**Mark:** HOMIES



| | | | |
|---|---|---|---|
| **US Serial Number:** | 74568857 | **Application Filing Date:** | Aug. 23, 1994 |
| **US Registration Number:** | 1965095 | **Registration Date:** | Apr. 02, 1996 |

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**    🏅    LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 23, 2016

**Publication Date:** Jan. 09, 1996

## ▾ Mark Information

▾ Expand All

**Mark Literal Elements:** HOMIES

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Lining and Stippling Statement:** The stippling shown in the mark is not intended to indicate color.

**Design Search Code(s):** 07.15.01 - Blocks, cement; Bricks; Cinderblocks; Stones, for building
09.01.02 - Embroidery; Labels, clothing; Stitching, not on clothing pockets
25.03.02 - Backgrounds covered with other squares or rectangles

## ▴ Goods and Services
## ▴ Basis Information (Case Level)
## ▾ Current Owner(s) Information

**Owner Name:** HOMIESHOP PROPERTIES, LLC

**Owner Address:** 7625 E. ROSECRANS AVENUE, SUITE 21
PARAMOUNT, CALIFORNIA UNITED STATES 90723

**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** CALIFORNIA

Int. Cls.: 16 and 28

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,742,221**

## United States Patent and Trademark Office

Registered July 29, 2003

## TRADEMARK
## PRINCIPAL REGISTER

# HOMIES

GONZALES, DAVID B. (UNITED STATES INDIVIDUAL)
5168 BASS COURT
FAIRFIELD, CA 94585

FOR: PAPER AND PRINTED MATTER, NAMELY, POSTERS; STICKERS; DECALS; STATIONARY ITEMS, NAMELY, BLANK NOTE PAPER, PENCIL TOPPERS, GREETING CARDS, COMIC BOOKS, CALENDARS AND WRAPPING PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-0-1996; IN COMMERCE 2-0-1996.

FOR: TOYS, NAMELY, ACTION FIGURES MADE OF PLASTIC AND CERAMIC, DOLLS, PLUSH TOYS, ELECTRONIC SPEAKING TOYS, INFLATABLE TOYS, MECHANICAL ACTION TOYS, TOY CARS AND TRUCKS; GAMES, NAMELY, PARLOR GAMES, BOARD GAMES, CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

OWNER OF U.S. REG. NO. 1,965,095.

SN 75-531,446, FILED 8-5-1998.

JOSETTE BEVERLY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# HOMIES

**Reg. No. 4,623,714**

**Registered Oct. 21, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HOMIESHOP,LLC (DELAWARE LIMITED LIABILITY COMPANY)
7625 E ROSECRANS AVE STE 23
PARAMOUNT, CA 90723

FOR: CAPS; SWEAT SHIRTS; T-SHIRTS; TEE SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-1993, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 08/23/1994; IN COMMERCE 5-1-1993, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 05/01/1993.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-137,271, FILED 12-6-2013.

SUSAN STIGLITZ, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,196,405**

**Registered Oct. 17, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Homieshop Properties, LLC  (DELAWARE LIMITED LIABILITY COMPANY)

7625 E Rosecrans Ave, Suite 21
Paramount, CALIFORNIA 90725

CLASS 28: Action figure toys; Modeled plastic toy figurines; Plastic character toys

FIRST USE 9-24-2022; IN COMMERCE 9-24-2022

The mark consists of the word HOMIES in stylized font, under which is the words BIG in a outlined stylized font and underneath that the word HEADZ, also in an outlined stylized font.

OWNER OF U.S. REG. NO. 1965095, 4623714, 2742221

No claim is made to the exclusive right to use the following apart from the mark as shown: "BIG HEADS"

SER. NO. 97-911,459, FILED 04-27-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# DGA



**Reg. No. 7,402,099**

**Registered May 28, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Homieshop Properties, LLC  (DELAWARE LIMITED LIABILITY COMPANY)

5319 Fox Ridge Court
Fairfield, CALIFORNIA 94534

CLASS 25: T-shirts; Graphic T-shirts

FIRST USE 6-25-2011; IN COMMERCE 6-25-2011

SER. NO. 98-215,786, FILED 10-09-2023

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# HOMIEGIRL

**Reg. No. 7,590,687**

**Registered Dec. 03, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Homieshop Properties, LLC (DELAWARE LIMITED LIABILITY COMPANY)

5319 Fox Ridge Court
Fairfield, CALIFORNIA 94534

CLASS 25: T-shirts; Graphic T-shirts

FIRST USE 2-2-2010; IN COMMERCE 3-6-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-833,837, FILED 03-10-2023



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



TSDR FAQ'S

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

## Trademark Status & Document Retrieval (TSDR)

| SEARCH | MULTI-SEARCH |

US Serial, Registration, or Reference No. ⌄   7590687   [Status] [Documents]

Status results found

| STATUS | DOCUMENTS | MAINTENANCE |    Download ▲    Print Preview

**Generated on:** This page was generated by TSDR on 2025-01-13 18:51:46 EST

**Mark:** HOMIEGIRL

# HOMIEGIRL

**US Serial Number:** 97833837    **Application Filing Date:** Mar. 10, 2023

**US Registration Number:** 7590687    **Registration Date:** Dec. 03, 2024

**Filed as TEAS Plus:** Yes    **Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Dec. 03, 2024

**Publication Date:** Jul. 11, 2023    **Notice of Allowance Date:** Sep. 05, 2023

## ▲ Mark Information
▼ Expand All

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** T-shirts; Graphic T-shirts

**International Class(es):** 025 - Primary Class    **U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**First Use:** Feb. 02, 2010    **Use in Commerce:** Mar. 06, 2024

## ▲ Basis Information (Case Level)

## ▼ Current Owner(s) Information

**Owner Name:** Homieshop Properties, LLC

**Owner Address:** 7625 E Rosecrans Ave Ste 21
Paramount, CALIFORNIA UNITED STATES 94534

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** DELAWARE

## ▲ Attorney/Correspondence Information