UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOMIESHOP PROPERTIES, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:26-cv-04321-JMF |

**REQUEST FOR ENTRY OF DISBURSEMENT ORDER RELEASING BOND**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on August 27, 2026, Plaintiff voluntarily dismissed the remaining Defendants listed on Schedule A to the Complaint. *See* Dkt. 46. On August 28, 2026, this Court entered an Order terminating the remaining defendants in this case. *See* Dkt. 47. Accordingly, Plaintiff respectfully requests that the Court close the case and enter the attached Disbursement Order releasing the $25,000 security bond previously posted by Plaintiff. *See* Dkt. 18, ¶ 10; Dkt. 29, ¶ 9. Plaintiff thanks the Court for its time and attention.

Date: September 1, 2026

Respectfully,

*/s/ Christopher Tom*
Christopher Tom, Esq. (S.D.N.Y. Bar No. CT1983)
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
ctom@bsfllp.com

*Counsel for Plaintiff, HOMIESHOP PROPERTIES, L.L.C.*

Application GRANTED. Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to release the $25,000 security bond, terminate all remaining Defendants, terminate ECF No. 48, and close the case.

SO ORDERED

September 2, 2026